# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE ABRAMS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED AIRLINES, INC.; AIR-INDIA LTD,<br><br>　　　　Defendants. | Case No.: CV 18-4993-DMG (RAOx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [18]** |

　　Pursuant to the Parties' Stipulation, and good cause appearing,

　　**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice. The parties shall bear their own costs and attorney's fees. All scheduled dates and deadlines are VACATED.

DATED: August 16, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE